UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS LAFARRE,<br><br>       Appellant,<br><br>   v.<br><br>JOSEPHINE SHOOK,<br><br>       Appellee. | Case No. 16-cv-06246-VC<br><br>**ORDER TO SHOW CAUSE** |

The appellant is ordered to show cause why this case should not be dismissed for failure to prosecute. The appellant's response to this Order must be received no later than July 10, 2017.

**IT IS SO ORDERED.**

Dated: June 19, 2017

_____
VINCE CHHABRIA
United States District Judge