UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS LAFARRE,<br><br>   Appellant,<br><br>  v.<br><br>JOSEPHINE SHOOK,<br><br>   Appellee. | Case No. 16-cv-06246-VC<br><br>**ORDER WITHDRAWING PRIOR ORDER DISMISSING CASE** |

   The day following entry of the order dismissing this case for failure to prosecute, the Court received a copy of an opening brief filed manually by Mr. LaFarre. Dkt. No. 9. In light of this late-filed opening brief, the Court withdraws its August 21, 2017 order dismissing the case, Dkt. No. 8. Ms. Shook's response is due thirty days from the date of this order. Mr. LaFarre's optional reply brief is due within 14 days of service of Ms. Shook's brief. Fed. R. Bankr. P. 8018.

   **IT IS SO ORDERED.**

Dated: August 25, 2017

                         _____
                         VINCE CHHABRIA
                         United States District Judge